ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
150 Spear Street, Suite 850
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: robert.forni@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

P. RANDALL NOAH (SBN 136452)
LAW OFFICES OF P. RANDALL NOAH
21 Orinda Way, Suite C, #316
Orinda, CA 94563
Telephone: (925) 253-5540
Facsimile: (925) 253-5542

Attorneys for Plaintiff,
MAY LIM-WAPNIARSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAY LIM-WAPNIARSKI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON,<br><br>　　　　　Defendant. | CASE NO. 4:18-cv-06667-HSG<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff MAY LIM-WAPNIARSKI and Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorney's fees and costs.

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur with the Stipulation's content and authorize its filing.

| | |
|---|---|
| Dated: January 22, 2019 | ROPERS, MAJESKI, KOHN & BENTLEY |

By: /s/ *Robert M. Forni, Jr.*
ROBERT M. FORNI, JR.
Attorneys for Defendant, LIBERTY LIFE
ASSURANCE COMPANY OF BOSTON

| | |
|---|---|
| Dated: January 22, 2019 | LAW OFFICES OF P. RANDALL NOAH |

By: /s/ *P. Randall Noah*
P. RANDALL NOAH
Attorneys for Plaintiff,
MAY LIM-WAPNIARSKI

### ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: January 24, 2019

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

4823-5230-6054.1 - 2 - STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE CASE NO. 4:18-CV-06667-HSG